IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYER VAKILI, | No. C 15-4894 CRB |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE WITH LEAVE TO AMEND** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

The Court, having reviewed Magistrate Judge Kandis A. Westmore's Report and Recommendation in this case (dkt. 7), concludes that it was well-reasoned, ADOPTS the Report and Recommendation as the Order of the Court, and DISMISSES the case without prejudice for failure to pay filing fees.  Plaintiff may amend within thirty (30) days of this Order.  Failure to timely amend may lead to dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: March 4, 2016

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE