IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANYER VAKILI,

        Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

        Defendants.

No. C 15-4894 CRB

**ORDER SETTING A FILING FEE PAYMENT DEADLINE**

The Court previously adopted the Report and Recommendation of Magistrate Judge Kandis A. Westmore and dismissed this case without prejudice for failure to pay filing fees. See Order (dkt. 9). The Court further ORDERS that Plaintiff must pay any outstanding filing fees or submit a complete in forma pauperis application within 30 days from entry of this Order. Failure to pay filing fees or submit a complete application may lead to dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: April 12, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE