BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYER VAKILI, | C 15-04894 CRB |
|     Plaintiff, | **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |
|     v. | |
| DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | |
|     Defendants. | |

      Pursuant to Civil L.R. 7-11, the Federal Defendants respectfully request a continuance of the case management conference, which is scheduled for July 8, 2016.  As set forth in the accompanying declaration of Assistant United States Attorney Sara Winslow, the Federal Defendants were not served until June 29, 2016.  Therefore, their deadline for responding to the complaint is Monday, August 29, 2016.  See Fed. R. Civ. P. 6(a), 12(a)(2).  Accordingly, the Federal Defendants respectfully request that the case management conference and associated deadlines be continued to a date after August 29, 2016 so that government counsel first has an opportunity to obtain petitioner's file and respond to the complaint.

//

//

ADMIN. MOTION TO CONTINUE CMC; [PROPOSED] ORDER
C 15-4894 CRB

Dated: July 1, 2016

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

By: __/s/_____
SARA WINSLOW
Assistant United States Attorney
Attorneys for Defendants

## ORDER

IT IS HEREBY ORDERED THAT the dates set out in the Order Setting Case Management Conference are vacated, including the case management conference, which was scheduled for July 8, 2016. The case management conference is hereby rescheduled for September 2, 2016 at 8:30 a.m., in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement not less than seven (7) days in advance of the conference.

IT IS SO ORDERED.

Dated: July 6, 2016

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

ADMIN. MOTION TO CONTINUE CMC; [PROPOSED] ORDER
C 15-4894 CRB