IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYER VAKILI, | No. C 15-4894 CRB |
|     Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
|     Defendants. | |

On August 26, 2016, Defendants Department of Homeland Security and United States Citizenship and Immigration Services filed a motion to dismiss Plaintiff Tanyer Vakili's Complaint. See Mot. (dkt. 25). Plaintiff's opposition or other response was due by September 12, 2016 under Local Rule 7-3(a) and Fed. R. Civ. P. 5(b)(2)(C). No such opposition or response has been filed or served on Defendants. Plaintiff is ORDERED to show cause why this case should not be dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute. Plaintiff shall have seven days from the filing of this order to comply.

**IT IS SO ORDERED.**

Dated: October 14, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1