IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYER VAKILI, | No. 3:15-cv-4894 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

On November 21, 2016, the Court dismissed Plaintiff's complaint with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the Defendants and against the Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 28, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE